207-07/WLJ/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
NB SHIPPING LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
William L. Juska (WJ 0772)
Manuel A. Molina (MM 1017)

APR 23 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   07 CIV.        (    )
NB SHIPPING LTD.,
                                                                **RULE 7.1 STATEMENT**

                        Plaintiff,

  -against-

GENUINE SHIPPING CORP.,

                        Defendant.

------------------------------------------------------------x

NB SHIPPING LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company

Dated: New York, New York
       April 23, 2007

                            FREEHILL HOGAN & MAHAR, LLP
                            Attorneys for Plaintiff
                            NB SHIPPING LTD.

      By: _____
            William L. Juska (WJ 0772)
            Manuel A. Molina (MM 1017)

NYDOCS1/281872.1