GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

## LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
## 80 PINE STREET
## NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

**MEMO ENDORSED**
P 2

May 29, 2007

Our Ref: 207-07/WLJ

**BY HAND**

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re:    NB Shipping  Ltd. v. Genuine Shipping Corp.  07-3237 (RMB)

Dear Judge Berman:

We represent Plaintiff in this matter and write to request an adjournment of the initial conference which is currently scheduled for June 4, 2007, at ~~9:14 a~~.m.   This is our first request for an adjournment.   *2:30 p.*

This matter involves a claim by Plaintiff for breach of a maritime contract of charter party which is subject to London arbitration.  The merits will be decided in London and there will be no discovery or other substantive actions in connection with this New York action.  This action was commenced for purposes of obtaining security in connection with the London arbitration.   Plaintiff's complaint thus included a request for an attachment pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure, which relief was granted by the Court *ex parte*, as provided for in Rule B.

Rule B specifically provides for an attachment as *ex parte* relief, and under Local Admiralty Rule B.2, we are not required to provide notice of these proceedings to the defendant until after property has been actually restrained. Thus far, Plaintiff h~~as been unable to locate and~~ restrain any property of Defendant within the district, but efforts to ~~do so are~~ continuing ~~on~~ daily basis. If ~~we were to notify our adversary of these~~ proceedings ~~even~~ before any property is

NYDOCS1/284060.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/07

RECEIVED
MAY 29 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

The Honorable Richard M. Berman
May 29, 2007
Page 2

restrained) by providing notice of an initial conference, the purpose for which the attachment was sought and this Court's order of attachment would be defeated.

Accordingly, because the dispute is subject to London arbitration and because assets of the defendant have not yet been restrained triggering the notice provision of Rule B, we submit that there is no need for a scheduling conference and respectfully ask that June 4 conference be adjourned.

Respectfully submitted,

FREEHILL HOGAN & MAHAR, LLP

William L. Juska, Jr.

Conference vacated.

SO ORDERED,
Date: 5/29/07    Richard M. Berman
Richard M. Berman, U.S.D.J.