

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
EMAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ◊
DANIEL J. FITZGERALD*†
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

RECEIVED OCT 18 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-19-07

**MEMO ENDORSED**

Final extension granted to 12/26/07.

October 16, 2007
Our Ref: 207-07/WLJ

SO ORDERED
Date: 10/19/07
Richard M. Berman
Richard M. Berman, U.S.D.J.

**BY HAND**

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re:    NB Shipping Ltd. v. Genuine Shipping Corp. 07-3237 (RMB)

Dear Judge Berman:

    We represent Plaintiff in this matter and write to request that Your Honor grant us a sixty-day extension to serve the summons and complaint upon the Defendant. The deadline for effecting service is October 23, 2007. This is our second request for this relief.

    This matter involves a claim by Plaintiff for breach of a maritime contract of charter party which is subject to London arbitration. The merits will be decided in London and there will be no discovery or other substantive actions in connection with this New York action. This action was commenced for purposes of obtaining security in connection with the London arbitration. Plaintiff's complaint thus included an *ex parte* request for an attachment pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure, which relief was granted by the Court.

    Despite continued efforts to restrain funds of the Defendant, Plaintiff has not been successful in attaching any assets to date. Rule B specifically provides for an attachment as *ex parte* relief, and under Local Admiralty Rule B.2, we are not required to provide notice of these proceedings to the Defendant until after property has been actually restrained. If we were to

NYDOCS1/291975.1

The Honorable Richard M. Berman
October 16, 2007
Page 2

effect service now upon the Defendant (before any property is restrained), the purpose for which the attachment was sought and this Court's order of attachment would be defeated.

    Accordingly, because the dispute is subject to London arbitration and because assets of the Defendant have not yet been restrained triggering the notice provision of Rule B, we respectfully request that Plaintiff be granted an extension of time to serve the summons and complaint up to and including December 26, 2007.

                              Respectfully submitted,

                              FREEHILL HOGAN & MAHAR, LLP

                              *Manuel A. Molina*

                              William L. Juska, Jr.
                              Manuel A. Molina