Berman, J

207-07/WLJ/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
NB SHIPPING LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
William L. Juska (WJ 0772)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NB SHIPPING LTD.,                                    07 CV 3237 (RMB)

          Plaintiff,

                                         **VOLUNTARY**
                                         **DISCONTINUANCE**
      -against -

GENUINE SHIPPING CORP.,

          Defendant.
------------------------------------------------------------x

The Defendant not having appeared in this action, IT IS HEREBY stipulated by the undersigned attorneys for the Plaintiff herein that the action be and the same is hereby discontinued pursuant to Rule 41(A)(1) without prejudice.

Dated: New York, New York
        December 12, 2007

FREEHILL, HOGAN & MAHAR LLP
Attorneys for Plaintiff
NB SHIPPING LTD.

BY _____
William L. Juska, Jr. (WJ 0772)
80 Pine Street
New York, New York 10005-1759
(212) 425-1900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2007

NYDOCS1/295388.1

**THE CLERK TO CLOSE THIS CASE.**
SO ORDERED:
_____
RICHARD M. BERMAN U.S.D.J.
12/12/07